421 A.2d 213

**In re Adoption of Heather M. CARNEY.**

**Appeal of Timothy L. CARNEY.**

Supreme Court of Pennsylvania.

Argued Oct. 2, 1980.

Decided Nov. 3, 1980.

Edward J. Bilik, Loughran, Mlakar & Bilik, Greensburg, court–appointed for appellant.

Donald R. Rigone, Fisher, Long & Rigone, Greensburg, for Diane Louise Mundt and William John Mundt.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Westmoreland County is affirmed. Each party is to pay own costs.